UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN FAMILY INSURANCE COMPANY,

                Plaintiff,

  v.

BRIANNA GARZA, et al.,

                Defendant.

C21-1210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to show cause, on or before December 6, 2021, why this action should not be stayed pending resolution of the state court proceedings in *Garzas v. Perry*, No. 19-2-03262-31, Snohomish County Superior Court, or further order of this Court. *See St. Paul Fire & Marine Ins. Co. v. Nonprofits United*, 91 Fed. Appx. 537 (9th Cir. 2004).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of November, 2021.

                              Ravi Subramanian
                              Clerk

                              s/Gail Glass
                              Deputy Clerk

MINUTE ORDER - 1