UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMERICAN FAMILY INSURANCE COMPANY,

          Plaintiff,

v.

BRIANNA GARZA, et al.,

          Defendants.

C21-1210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DEFERS decision on whether to stay this proceeding pending resolution of the Defendants' motion to dismiss. The Defendants shall have until January 6, 2022 to file a motion to dismiss, noted on the motion calendar no later than the fourth Friday thereafter, based upon: (1) the Court's discretion under 28 U.S.C. § 2201(a) to decline jurisdiction over a declaratory judgment action, and (2) the *Colorado River* doctrine.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of December, 2021.

          Ravi Subramanian
          Clerk

          s/Gail Glass
          Deputy Clerk

MINUTE ORDER - 1